164 A.3d 406

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, PLAINTIFF–RESPONDENT, v. CENTENNIAL LAND & DEVELOPMENT CORP., DEVEL, LLC, DEFENDANTS–MOVANTS, AND STEPHEN D. SAMOST, DEFENDANT, AND TOWNSHIP OF MEDFORD, DEFENDANT–RESPONDENT, AND COUNTY OF BURLINGTON, DEFENDANT, AND JOSEPH SAMOST, DEFENDANT, AND CENTENNIAL PINES CLUB, DEFENDANT/THIRD–PARTY PLAINTIFF, v. JOSEPH SAMOST, THIRD–PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF, v. STEPHEN D. SAMOST, FOURTH–PARTY DEFENDANT.

March 23, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–896) is granted.

164 A.3d 407

STATE OF NEW JERSEY, PLAINTIFF, v. MARC ARDIS, DEFENDANT–MOVANT.

March 23, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal (M–900) as within time is granted.